## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| NATALIE BENJAMIN,<br><br>               Plaintiff,<br><br>   v.<br><br>CRYSTAL LAKE ACADEMY, INC. d/b/a COSMETOLOGY AND SPA ACADEMY,<br><br>               Defendant. | 1:21−cv−04275<br><br>Hon. Martha M. Pacold |

## **NOTICE OF DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Natalie Benjamin hereby dismisses, with prejudice and pursuant to settlement agreement, all claims against Defendant Crystal Lake Academy, Inc. d/b/a Cosmetology and Spa Academy.

Dated: October 28, 2021                        Respectfully submitted,

                                                *s/Mara Baltabols*
                                                FISH POTTER BOLAÑOS, P.C.
                                                200 E. Fifth Avenue, Suite 123
                                                Naperville, IL 60563
                                                mara@fishlawfirm.com
                                                **Attorney for Plaintiff**

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on October 28, 2021, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Northern District of Illinois by using the CM/ECF system, which sent notification of such filing to all CM/ECF participants.

*/s/ Mara Baltabols*
